United States Bankruptcy Court
Southern District of Texas
ENTERED
October 20, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION**

| | |
|---|---|
| In re:<br><br>UP5 SERVICES LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-60084 |

**AGREED ORDER GRANTING MOTION OF CAPELLA OPPORTUNITY FUND, LLC TO DISMISS THE CHAPTER 11 BANKRUPTCY CASE PURSUANT TO BANKRUPTCY CODE SECTIONS 1112(b) WITH PREJUDICE (RE: ECF NO. 32)**

Upon the motion (the "Motion")[1] of Capella Opportunity Fund, LLC for entry of an order dismissing this Bankruptcy Case with prejudice and granting related relief, as more fully set forth in the Motion and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtor' estate, its creditors, and other parties in interest; and this Court having found that the Movant's notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**IT IS HEREBY ORDERED THAT:**

1. The above-captioned Bankruptcy Case is dismissed.

2. The Debtor is barred from initiating a subsequent bankruptcy case affecting the Erwin Property and the Vaughn Property for a period of sixty (60) days from the date of entry of this order.

3. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Final Order.

Signed: October 20, 2026

Christopher Lopez
United States Bankruptcy Judge

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Todd A. Atkinson*
Todd A. Atkinson (Texas Bar No. 24121426)
717 Texas Avenue, Suite 2100
Houston, Texas 77002
Telephone: (346) 998-7801
Facsimile: (346) 998-5901
Email: todd.atkinson@wbd-us.com

*Counsel to Capella Opportunity Fund, LLC*

Agreed to by:

RUSSELL VAN BEUSTRING, PC

*/s/ Russell Van Beustring*
RUSSELL VAN BEUSTRING
5110 Waterbeck St.
Weston Lakes, Texas 77441
(713) 973-6650 Voice
Admissions I.D. No. 14017
Texas Bar No. 02275115
Email: ecf@beustring.com

*Counsel for Debtor*